UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARLTON WILSON,

      Plaintiff,

v.                                                                          Case No.:  2:26-cv-222-SPC-DNF

GILBERT NOE *et al.*,

      Defendants.

                           /

## **OPINION AND ORDER**

Before the Court are Plaintiff Carlton Wilson's Motion for Reconsideration (Doc. 8) and Motion for Extension of Time (Doc. 9).  Wilson is a prisoner of the Florida Department of Corrections, and he sued five prison officials over two slip-and-fall incidents.  The Court dismissed the complaint without prejudice for failure to state a claim and gave Wilson leave to file an amended complaint.  Wilson asks the Court to reconsider its decision and requests an extension of time to file an amended complaint.

Reconsideration of a prior order is an extraordinary measure that should be applied sparingly.  *Adams v. Beoneman*, 335 F.R.D. 452, 454 (M.D. Fla. 2020).  Court orders are not intended as first drafts subject to revisions at a litigant's pleasure, so a movant must establish extraordinary circumstances

supporting reconsideration. *Gold Cross EMS, Inc. v. Children's Hosp. of Ala.*, 108 F. Supp. 3d 1376, 1384 (S.D. Ga. 2015).

Wilson presents no extraordinary circumstances to warrant reconsideration. Rather, he seeks to relitigate issues the Court already decided. Thus, Wilson's motion for reconsideration (Doc. 8) is **denied**. But his motion for an extension of time (Doc. 9) is **granted**. Wilson may file an amended complaint **by April 16, 2026**. Otherwise, the Court will enter judgment and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 26, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2